IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CAROLYN F. BRADLEY                §
                                  §
VS.                               §   CIVIL ACTION NO.4:05-CV-391-Y
                                  §
JO ANNE B. BARNHART, COMMISSIONER §
OF SOCIAL SECURITY                §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On February 27, 2006, the United States Magistrate Judge issued his findings, conclusions, and recommendation in the above-styled and numbered cause ("the findings").  An order issued that same day gave all parties until March 20 to serve and file with the Court written objections to the findings.  Neither party has filed objections. Thus, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required.  Nevertheless, the Court has reviewed the findings for plain error and has found none.  After consideration of this matter, the Court finds that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court.

It is, therefore, ORDERED that the decision of the Commissioner is REVERSED and REMANDED solely for the purposes of calculation and payment of disability benefits commencing December 31, 1992.

SIGNED March 21, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE